IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ANTHONY CIPRIANO | : | VIOLATIONS:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| | : | (making false statements to a federal firearms licensee - 11 counts) |
| | : | 18 U.S.C. §§ 1028A(a)(1), (c)(3) (aggravated identity theft – 11 counts) |
| | : | Notice of forfeiture |

**INDICTMENT**

**COUNTS ONE THROUGH ELEVEN**

**THE GRAND JURY CHARGES THAT:**

On or about each date listed below, each date constituting a separate count of this Indictment, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY CIPRIANO,**

in connection with the acquisition of a firearm, that is, each of the firearms described below, from each of the gun shops listed below, each of which is a licensed dealer of firearms, knowingly made a false and fictitious written statement, and furnished and exhibited a false, fictitious, and misrepresented identification, intended and likely to deceive that dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that, defendant CIPRIANO provided a written statement on a ATF Form 4473, certifying the name, address, and date of birth of another person as the purported purchaser of the firearm and furnished and exhibited a Pennsylvania-issued

identification of another person, knowing that statement was false and fictious and that identification was false, fictitious, and misrepresented.

| Count | Date | Licensed Dealer | Firearm(s) | Serial Number |
|---|---|---|---|---|
| 1 | 04/23/2021 | Delia's Gun Shop | Ruger, model P95 DC, 9mm semi-automatic pistol | 313-11092 |
| 2 | 04/25/2021 | Delia's Gun Shop | SCCY, model CPX-2, 9mm semi-automatic pistol | C117446 |
| 3 | 05/08/2021 | Delia's Gun Shop | EAA Girsan, 9mm semi-automatic pistol | T6368-21AV02816 |
| 4 | 05/11/2021 | Lock's Philadelphia Gun Exchange | Sarsilmaz, model SAR9, 9mm semi-automatic pistol | T1102-21BV73450 |
| 5 | 05/12/2021 | Lock's Philadelphia Gun Exchange | Ruger, model 57, 5.7x28mm semi-automatic pistol | 64224599 |
| 6 | 05/13/2021 | Lock's Philadelphia Gun Exchange | SCCY, model CPX-1, 9mm semi-automatic pistol | C142743 |
| 7 | 05/20/2021 | Delia's Gun Shop | EAA Girsan, model MC28 SA, 9mm semi-automatic pistol | T6368-20AV12674 |
| 8 | 05/24/2021 | Delia's Gun Shop | Glock, model 21 Gen4, .45 caliber semi-automatic pistol | AFMB785 |
| 9 | 05/24/2021 | Delia's Gun Shop | Smith and Wesson, model M&P 15-22, 22LR rifle | LAA8460 |
| 10 | 05/25/2021 | Mike and Kates Sports Shoppe | Glock, model 27, .40 caliber semi-automatic pistol<br><br>Glock, model 44, .22 caliber semi-automatic pistol | AFPE154<br><br>AFGF077 |
| 11 | 05/26/2021 | Delia's Gun Shop | Ruger, model 57, 5.7x28mm semi-automatic pistol | 643-01877 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS TWELVE THROUGH TWENTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about each date listed below, each date constituting a separate count of this Indictment, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### ANTHONY CIPRIANO

knowingly and without lawful authority transferred, possessed, and used a means of identification of another person, that is, the Pennsylvania-issued identification, name, address, and date of birth, or other means of identification enumerated in 18 U.S.C. § 1028(d)(7), of W.M., a person known to the grand jury, during and in relation to making a false statement in connection with the acquisition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Victim's Initial |
|---|---|---|
| 12 | 04/23/2021 | W.M. |
| 13 | 04/25/2021 | W.M. |
| 14 | 05/08/2021 | W.M. |
| 15 | 05/11/2021 | W.M. |
| 16 | 05/12/2021 | W.M. |
| 17 | 05/13/2021 | W.M. |
| 18 | 05/20/2021 | W.M. |
| 19 | 05/24/2021 | W.M. |
| 20 | 05/24/2021 | W.M. |
| 21 | 05/25/2021 | W.M. |
| 22 | 05/26/2021 | W.M. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1), and (c)(3).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(a)(6) set forth in this indictment, defendant

### ANTHONY CIPRIANO

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violations, including, but not limited to:

1. two black magazines together loaded with 20 live rounds of ammunition;
2. 30 loose 22 LR live rounds of ammunition;
3. a Ruger, model P95 DC, 9mm semi-automatic pistol, bearing serial number 313-11092;
4. a SCCY, model CPX-2, 9mm semi-automatic pistol, bearing serial number C117446;
5. a EAA Girsan, 9mm semi-automatic pistol, bearing serial number T6368-21AV02816;
6. a Sarsilmaz, model SAR9, 9mm semi-automatic pistol, bearing serial number T1102-21BV73450;
7. a Ruger, model 57, 5.7x28mm semi-automatic pistol, bearing serial number 64224599;
8. a SCCY, model CPX-1, 9mm semi-automatic pistol, bearing serial number C142743;
9. a EAA Girsan, model MC28 SA, 9mm semi-automatic pistol, bearing serial number T6368-20AV12674;
10. a Glock, model 21 Gen4, .45 caliber semi-automatic pistol, bearing serial number AFMB785;
11. a Smith & Wesson, model M&P 15-22, 22LR rifle, bearing serial number

LAA8460:

12. a Glock, model 27, .40 caliber semi-automatic pistol, bearing serial number AFPE154;

13. a Glock, model 44, .22 caliber semi-automatic pistol, bearing serial number AFGF077, loaded with 18 live rounds of ammunition; and

14. a Ruger, model 57, 5.7x28mm semi-automatic pistol, bearing serial number 643-01877.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY CIPRIANO

INDICTMENT

Counts

18 U.S.C. §§ 922(a)(6) and 924(a)(2) (making false statements to a federal firearms licensee - 11 counts)
18 U.S.C. §§ 1028A(a)(1), (c)(3) (aggravated identity theft – 11 counts) Notice of forfeiture

A true bill

Foreman

Filed in open court this Wednesday day, of July 27 A.D. 20 21

Clerk

Bail, $ _____

